CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RAGHURAM THAMMINENI )
)
)
)
        Plaintiff )
  v. )  Civil Case Number 08-925 (ESH)
)
)  Category C
MICHAEL CHERTOFF, ET AL. )
)
        Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 13, 2008 from Judge Emmet G. Sullivan to Judge Ellen Segal Huvelle by direction of the Calendar Committee.

(Case is related to CA 08-924)

                              JUDGE ELLEN SEGAL HUVELLE
                              Chair, Calendar and Case
                              Management Committee

cc:   Judge Sullivan & Courtroom Deputy
       Judge Huvelle & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk