CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RAGHURAM THAMMINENI          )
                             )
                             )
         Plaintiff           )
                             )
         v.                  )    Civil Case Number 08-925(HHK)
                             )
                             )
                             )
MICHAEL CHERTOFF, ET AL.     )    Category   C
                             )
                             )
         Defendants          )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 16, 2008 from Judge Ellen Segal Huvelle to Judge Henry H. Kennedy, Jr. by direction of the Calendar Committee.

(Case Randomly Reassigned)

                              JUDGE ELLEN S. HUVELLE
                              Chair, Calendar and Case
                              Management Committee

cc:   Judge Kennedy & Courtroom Deputy
      Judge Huvelle & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk