UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAGHURAM THAMMINENI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, U.S.<br>Department of Homeland Security, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-0925 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

### **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants with prejudice, with each party to bear its own costs and fees.

Dated: July 31, 2008
        Washington, DC

Respectfully submitted,

  /s/
─────────────────────────────
ARON A. FINKELSTEIN, D.C. BAR #25560
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440

*Attorney for Plaintiff*

─────────────────────────────
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


─────────────────────────────
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

- 2 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*